## Commonwealth *v.* D'Amico, Appellant.

Argued June 13, 1974. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, with him *J. David Bean*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Demby, Appellant.

Argued June 13, 1974. *John W. Packel*, Assistant Public Defender, with him *Vincent J. Ziccardi*, Public Defender, for appellant; *James Garrett*, Assistant District Attorney, with him *Mark Sendrow, David Richman,* and *Steven Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.